# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Leonard Lewis
Louisiana State Penitentiary DOC No. 553
Hickory-3
Angola, LA 70712

**REHEARING ACTION: July 17, 2013**

**Docket Number: 12   00095-KH**

**STATE OF LOUISIANA**
**VERSUS**
**LEONARD LEWIS**

**Writ Application from Vernon Parish Case No. 67408**

**BEFORE JUDGES:**

    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Leonard Lewis** has this day been

    **DENIED.**

cc: Hon. Asa Allen Skinner, Counsel for  the Respondent